UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.01-1864 (DSD/JMM)

The Salvation Army,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Open Arms of Minnesota,

Defendant.

James E. Blaney, Esq., and J. Patrick Plunkett, Esq., Moore, Costello & Hart, PLLP, 1400 Norwest Center, 55 East Fifth Street, St. Paul, Minnesota 55101-1792, counsel for the plaintiff.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: October 16, 2001

David S. Doty, Judge
United States District Court

2

FILED OCT 17 2001
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials JA

Date: October 18, 2001 jr

RECORD OF DOCKET TEXT

0:01-cv-01864 Salvation Army v. Open Arms of MN

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT (Judge David S. Doty / 10/16/01) Case reassigned to Chief Judge James M. Rosenbaum per the patent list, and Case referred to Magistrate Judge Franklin L. Noel. Case number remains the same except for Judges' initials (01-1864 JMR/FLN). Case number with new initials to be used on all future pleadings and papers submitted to the Court in this civil action (01-1864 JMR/FLN). 1pg(s) (cc: all counsel)

Hon. James M Rosenbaum, Judge

THIS NOTICE SENT TO ALL COUNSEL