UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1864 (JMR/FLN)

The Salvation Army,

Plaintiff,

v.

**PERMANENT INJUNCTION**

Open Arms of Minnesota,

Defendant.

In conjunction with a Settlement Agreement in the above-referenced action entered into on November 8, 2001 between The Salvation Army, plaintiff, and Open Arms of Minnesota, defendant, Open Arms of Minnesota has consented and agreed to entry of an Order providing for a Permanent Injunction as follows:

**IT IS ORDERED**, that defendant, Open Arms of Minnesota, its officers, directors, agents, servants, employees, attorneys, successors and assigns, and all persons acting in concert or participation with them who receive actual notice of this injunction by personal service or otherwise are permanently enjoined, restrained, and prohibited from:

A. using in its business any word, symbol, or device so similar to the Salvation Army's name or marks as to be likely to cause confusion, to cause mistake or to deceive or to be likely to dilute the distinctive quality of The Salvation Army's name, particularly the phrase "Celebration Army";

B. doing any other act or thing calculated or likely to cause confusion or mistake among the trade or the public or to deceive donors into the belief that Open Arms of

FILED
RICHARD D. SLETTEN, CLERK
NOV 15 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Minnesota's goods and/or services are The Salvation Army's goods and/or services, or come from or are affiliated with The Salvation Army, or are sponsored or approved by The Salvation Army, or come from the same source as The Salvation Army's services, and from otherwise engaging in unfair business acts and practices or competing unfairly with The Salvation Army and causing harm to the goodwill and reputation of The Salvation Army; and

C. engaging in any other activity constituting any dilution of The Salvation Army's name or service marks.

**IT IS FURTHER ORDERED** that Open Arms of Minnesota will take all action necessary to change its internet website to remove all references to "Celebration Army" as soon as possible after the date of this Order in accordance with the Settlement Agreement of November 8, 2001, and to pay all fees and expenses incurred by it in such action; and

**IT IS FURTHER ORDERED** that Open Arms of Minnesota within 10 days from the date of this Order, deliver up to The Salvation Army for destruction any advertisements, labels, signs, prints, packages, posters, wrappers, receptacles or other written or printed materials in its possession, custody or control that bear the phrase "Celebration Army" alone or in combination with any other words, marks or elements, or any other reproduction, copy, counterfeit or colorable imitation thereof, and that Open Arms of Minnesota deliver up to The Salvation Army for destruction all printing devises, plates, molds, matrixes or other means for making the same which it owns; and

**IT IS FURTHER ORDERED** that Open Arms of Minnesota file with this Court and serve upon the attorneys for The Salvation Army 30 days after the entry of this Order of

Permanent Injunction a written report, under oath, setting forth in detail the manner and form in which Open Arms of Minnesota has complied with this Order.

**CONSENTED TO AND AGREED UPON**

Open Arms of Minnesota

By: _______________

Its: Executive Director

~~**SO ORDERED** this 8 day of November, 2001~~ JMR 11/15/01

**BY THE COURT:**

J.S. FREEMAN
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

~~James M. Rosenbaum~~ JMR 11/15/01
~~United States District Court Judge~~

STP:92054.1/65590.56

So Ordered, this 15th day of November, 2001

BY THE COURT:

JAMES M. ROSENBAUM, Chief United States District Judge.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500